UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX ELINSON and ALPINE PROCESSING CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> ALEX FLEYSHMAKHER, BYTOX CORP., INC. and BYTOX PATCH LLC, <br><br> Defendants. | No. 1:22-cv-05248-ENV-MMH <br><br> **STIPULATION OF VOLUNTARY** <br><br> **DISMISSAL PURSUANT TO** <br><br> **F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the claims and counterclaims asserted in the above-captioned action are dismissed **with prejudice**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs.

*/s/ Steven Yiniver*
Steven Yuniver, Esq.
**SINAYSKAYA YUNIVER, P.C.**
710 Avenue U
Brooklyn, NY 11223
T: (718) 402-2240
F: (718) 305-4571
Steve@sypcl.com

*Attorneys for Plaintiff Felix Elinson and Alpine Processing Corp*

Dated: February 13, 2023

*/s/ Oleg A. Mestechkin*
Oleg A. Mestechkin, Esq.
Wing K. Chiu, Esq.
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com

*Attorneys for Defendant-Counterclaim Plaintiff Bytox Patch, LLC*

Dated: February 13, 2023

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 3/31/2023

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

*The Clerk is directed to close this case.*

 */s/ Naomi Zeltser*
Naomi Zeltser, Esq.
**ZELTSER LAW GROUP, PLLC**
16 Court Street, 28th Floor
Brooklyn, New York 11241
Tel: (718) 831-2529
Email: Naomi@ZeltserLaw.com

*Attorney for Defendant Alex Fleyshmakher*

Dated: March 16, 2023